1  James F. Valentine (State Bar No. 149269)
   Christopher Kelley (State Bar No. 166608)
2  Matthew E. Hocker (State Bar No. 188546)
   HOWREY SIMON ARNOLD & WHITE, LLP
3  301 Ravenswood Avenue
   Menlo Park, CA 94025-3434
4  Telephone: (650) 463-8100
   Facsimile: (650) 463-8400
5
   Peter E. Moll (admitted *pro hac vice*)
6  Joseph P. Lavelle (admitted *pro hac vice*)
   HOWREY SIMON ARNOLD & WHITE, LLP
7  1299 Pennsylvania Avenue, N.W.
   Washington, DC 20004
8  Telephone: (202) 783-0800
   Facsimile: (202) 383-6610
9
   Attorneys for Defendant and Counterclaimant
10 MICROSTRATEGY, INC.

11

12                       UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14                            SAN FRANCISCO DIVISION

15

16 | BUSINESS OBJECTS, S.A.,                | Case No. C01-03908 CRB |
17 | Plaintiff and Counterdefendant,        |                        |
18 | vs.                                    | **SUPPLEMENTAL DECLARATION OF MATTHEW E. HOCKER TO AUTHENTICATE TWO ITEMS OF DEPOSITION TESTIMONY PRESENTED TO THE COURT DURING THE CLAIM CONSTRUCTION HEARING** |
19 | MICROSTRATEGY, INC.,                   |                        |
20 | Defendant and Counterclaimant.         |                        |
21 |                                        |                        |
22 |                                        | Date: April 8, 2003    |
   |                                        | Time: 2:30 p.m.        |
   |                                        | Dept: 8                |
23 |                                        | Judge: Hon. Charles R. Breyer |

24

25

26

27

28

I, Matthew E. Hocker, declare as follows:

1. I am an associate with the law firm of Howrey Simon Arnold & White, LLP counsel for Defendant and Counterclaimant MicroStrategy, Inc. in this action. I submit this declaration merely to authenticate deposition testimony that was presented to the Court during the claim construction hearing held on April 8, 2003. Except where otherwise indicated, I make the statements herein based on my personal knowledge, and I am competent to testify thereto.

2. I previously submitted a declaration on December 4, 2002 to introduce exhibits in connection with the briefing on claim construction issues. Attached to that declaration were Exhibits A through DD. This declaration is submitted to authenticate two additional excerpts of deposition testimony that were presented at the oral argument on claim construction issues on behalf of Defendant and Counterclaimant, MicroStrategy.

3. On April 8, 2003, I attended the claim construction hearing before this Court. At the outset of that hearing, the Court presented the parties with two questions. A true and correct copy of the Court's questions is annexed hereto as Exhibit EE. The first question related, among other things, to the meaning of the term "returned value" in claim 1 of U.S. Patent No. 5,555,403.

4. During the subsequent oral argument, defendant and counterclaimant MicroStrategy presented to the Court testimony from Bernard Liautaud, one of the inventors on the '403 patent and plaintiff and counterdefendant Business Objects' Chief Executive Officer. This testimony was from the deposition of Mr. Liautaud taken on February 21, 2001 in the case *Business Objects v. Cognos, Inc., et al., No. C00-1816 CRB*. The testimony was presented in response to the Court's questions and in response to an argument that Business Objects first made in its reply brief, and is found on pages 80-81 of the transcript. A true and correct copy of pages 80-81 of the transcript of Mr. Liautaud's deposition is attached hereto as Exhibit FF.

5. Also during oral argument at the claim construction hearing, defendant and counterclaimant MicroStrategy presented to the Court deposition testimony from Business Objects' expert, Dr. Walter G. Rudd. Dr. Rudd was identified by Business Objects as its expert witness retained in connection with claim construction issues. This testimony was from the deposition of Dr. Rudd taken by MicroStrategy on November 12, 2002 in the matter pending before this Court. The testimony

1  was presented in response to the Court's first question and is found on page 69 of the transcript. A true
2  and correct copy of pages 68-70 of the transcript of Dr. Rudd's deposition is attached hereto as
3  Exhibit GG.
4      I declare under penalty of perjury under the laws of the United States of America that the
5  foregoing is true and correct and that this declaration was executed at Menlo Park, California on
6  April 11, 2003.

                              /s/ Matthew E. Hocker
                              Matthew E. Hocker

### ATTESTATION OF E-FILING SIGNATURE

    The undersigned hereby attests that Matthew E. Hocker has consented to the filing of this document.

                              /s/ James F. Valentine
                              James F. Valentine