1 James F. Valentine (State Bar No. 149269)
Christopher Kelley (State Bar No. 166608)
2 Matthew E. Hocker (State Bar No. 188546)
HOWREY SIMON ARNOLD & WHITE, LLP
3 301 Ravenswood Avenue
Menlo Park, CA 94025-3434
4 Telephone: (650) 463-8100
Facsimile: (650) 463-8400
5
Peter E. Moll (admitted *pro hac vice*)
6 Joseph P. Lavelle (admitted *pro hac vice*)
HOWREY SIMON ARNOLD & WHITE, LLP
7 1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
8 Telephone: (202) 783-0800
Facsimile: (202) 383-6610
9
Attorneys for Defendant and Counterclaimant
10 MICROSTRATEGY, INC.

11

12 UNITED STATES DISTRICT COURT

13 NORTHERN DISTRICT OF CALIFORNIA

14 SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16 BUSINESS OBJECTS, S.A., | Case No. C01-03908 CRB |
| 17 Plaintiff and Counterdefendant, | |
| | **NOTICE OF MANUAL FILING** |
| 18 vs. | **OF EXHIBIT FF TO THE** |
| | **SUPPLEMENTAL DECLARATION OF** |
| 19 MICROSTRATEGY, INC., | **MATTHEW E. HOCKER TO** |
| | **AUTHENTICATE TWO ITEMS OF** |
| 20 Defendant and Counterclaimant. | **DEPOSITION TESTIMONY** |
| | **PRESENTED TO THE COURT DURING** |
| 21 | **THE CLAIM CONSTRUCTION** |
| | **HEARING** |
| 22 | |
| | **Judge:   Hon. Charles R. Breyer** |
| 23 | |

24

25

26

27

28 NOTICE OF MANUAL FILING
C01-03908 CRB

**HOWREY
SIMON
ARNOLD &
WHITE**

Exhibit FF which is an attachment to the Supplemental Declaration of Matthew E. Hocker to Authenticate Two Items of Deposition Testimony Presented to the Court During the Claim Construction Hearing is in paper form only and is being maintained in the case file in the Clerk's Office.

The reason for the manual filing of this Exhibit is that its content has been designated as Confidential by Plaintiff Business Objects and is thus being filed under seal.

Dated:  April 11, 2003

>                    /s/ James F. Valentine
>                    James F. Valentine

NOTICE OF MANUAL FILING
C01-03908 CRB

**HOWREY SIMON ARNOLD & WHITE**