**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUSINESS OBJECTS, S.A., | No. C 01-03908 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MICROSTRATEGY, INC., | |
| Defendant. | |

The Court having granted defendant's motion for summary judgment of non-infringement and having dismissed defendant's counterclaims as moot by Memorandum and Order dated August 29, 2003, it is hereby ordered that judgment be entered in favor of defendant Microstrategy, Inc. and against plaintiff Business Objects, S.A.

**IT IS SO ORDERED.**

Dated: August 29, 2003

/s/
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2001\3908\JUDGMENT.wpd