TOWNSEND AND TOWNSEND AND CREW LLP
Daniel J. Furniss (State Bar No. 73531)
Joseph A. Greco (State Bar No. 104476)
Gregory S. Bishop (State Bar No. 184680)
Thomas F. Fitzpatrick (State Bar No. 193565)
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400

Attorneys for Plaintiff
BUSINESS OBJECTS, S.A.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BUSINESS OBJECTS, S.A., <br><br> Plaintiff, <br><br> v. <br><br> MICROSTRATEGY, INC. <br><br> Defendant. | Case No. C 01-03908 CRB <br><br> **PLAINTIFF BUSINESS OBJECTS, S.A.'S NOTICE OF APPEAL TO THE FEDERAL CIRCUIT COURT OF APPEALS** |

    Plaintiff Business Objects, S.A., hereby appeals to the Federal Circuit Court of Appeals the judgment of noninfringement entered in this patent case on August 29, 2003. Jurisdiction over this appeal is proper under 28 U.S.C. § 1295.

    Plaintiff will timely notify the Court of Appeals if and when the resolution of its Fed. R. Civ. P. Rule 59(e) motion to vacate the judgment, which is now pending in the District Court, effectuates this notice of appeal. Fed. R. App. P. Rule 4(a)(4)(A)(iv), (B)(i).

DATED: September 29, 2003

Respectfully Submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/ Daniel J. Furniss
Daniel J. Furniss
Attorneys for Plaintiff
BUSINESS OBJECTS, S.A.

60048130 v2

## PROOF OF SERVICE

I hereby certify and declare under penalty of perjury that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within cause. My business address is 379 Lytton Avenue, Palo Alto, California 94301.

2. I am familiar with my company's mail collection and processing practices, know that said mail is collected and deposited with the appropriate overnight delivery service or with the United States Postal Service on the same day it is deposited in interoffice mail, and know that postage thereon is fully prepaid.

3. Following said practice, on September 29, 2003 I served by United States Mail, addressed to the following, a true copy of the attached document(s) titled

**PLAINTIFF'S BUSINESS OBJECTS, S.A.'S NOTICE OF APPEAL TO THE FEDERAL CIRCUIT COURT OF APPEALS**

by placing them in an addressed, sealed envelope, postage pre-paid and depositing said envelope in regularly maintained interoffice mail to the following:

James A. Valentine
HOWREY SIMON ARNOLD & WHITE
301 Ravenswood Avenue
Menlo Park, CA  94025-3434
Fax: (650) 463-8400

Peter E. Moll, Esq.
Joseph P. Lavelle, Esq.
HOWREY SIMON ARNOLD & WHITE
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Fax: (202) 383-6610

EXECUTED this 29th day of September, 2003, at Palo Alto, California.

_____
Nahid Ghafari

PROOF OF SERVICE - No. 01-03908-CRB                                                                                     1