**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                 General Court Number
Clerk                                                                                              415.522.2000

February 2, 2005

CASE NUMBER:   **CV 01-03908 CRB**
CASE TITLE:   **BUSINESS OBJECTS, S.A.-v- MICROSTRATEGY, INC.**
DATE MANDATE FILED:   1/31/05

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Federal Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

/s/

by:  Maria Loo
Case Systems Administrator

Distribution:   CIVIL           -       Counsel of Record

CRIMINAL    -       Counsel of Record
                              U.S. Marshal (Copy of Mandate)
                              U.S. Probation Office

NDC App-16