| | |
|---|---|
| James F. Valentine (State Bar No. 149269)<br>Christopher L. Kelley (State Bar No. 166608)<br>Matthew E. Hocker (State Bar No. 188546)<br>HOWREY LLP<br>301 Ravenswood Avenue<br>Menlo Park, CA  94025-3434<br>Telephone:  (650) 463-8100<br>Facsimile:  (650) 463-8400<br>E-mail: ValentineJ@howrey.com<br>E-mail: KelleyC@howrey.com<br>E-mail: HockerM@howrey.com<br><br>Peter E. Moll (admitted *pro hac vice*)<br>HOWREY LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>Telephone:  (202) 783-0800<br>Facsimile:  (202) 383-6610<br>E-mail: MollP@howrey.com<br><br>Attorneys for Defendant and Counterclaimant<br>MICROSTRATEGY, INC. | Daniel J. Furniss (State Bar No. 73531)<br>Joseph A. Greco (State Bar No. 104476)<br>Gregory S. Bishop (State Bar No. 184680)<br>Thomas F. Fitzpatrick (State Bar No. 193565)<br>TOWNSEND AND TOWNSEND AND CREW LLP<br>379 Lytton Avenue<br>Palo Alto, CA  94301<br>Telephone:  (650) 326-2400<br>Facsimile:   (650) 326-2422<br>E-mail: djfurniss@townsend.com<br>E-mail: jagreco@townsend.com<br>E-mail: gsbishop@townsend.com<br>E-mail: tffitzpatrick@townsend.com<br><br>Attorneys for Plaintiff and Counterdefendant<br>BUSINESS OBJECTS, S.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BUSINESS OBJECTS, S.A.,<br><br>　　　　Plaintiff and Counterdefendant,<br><br>　　vs.<br><br>MICROSTRATEGY, INC.,<br><br>　　　　Defendant and Counterclaimant. | Case No. C01-03908 CRB<br><br>**JOINT APPLICATION FOR AN ORDER RE DELIVERY OF EQUIPMENT AND COURTROOM SET UP FOR HEARING ON MICROSTRATEGY, INC.'S MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER**<br><br>Date:　　　June 10, 2005<br>Time:　　　10:00 a.m.<br>Courtroom:　8<br>Judge:　　　Hon. Charles R. Breyer |

Counsel for Defendant and Counterclaimant MicroStrategy, Inc. ("MicroStrategy") and Plaintiff and Counterdefendant Business Objects, S.A. ("Business Objects") (collectively, "the Parties") hereby request permission of the Court to bring equipment to the Federal Courthouse for use in presenting its exhibits and evidence during the hearing on MicroStrategy's motion for summary judgment of noninfringement in the courtroom of the Honorable Charles R. Breyer, Courtroom 8, 19th Floor, scheduled for 10:00 a.m. on June 10, 2005. The Parties have been advised by the Courtroom Deputy that equipment may be moved into the courtroom on Friday, June 10, 2005 between the hours of 7:45 a.m. and 8:15 a.m. Accordingly, the Parties have arranged for their trial support personnel to deliver the necessary equipment and materials during the above time.

## HEARING MATERIALS

1. Personnel from Townsend and Townsend and Crew LLP and Howrey LLP will be delivering and moving into this Court the following equipment:

   a) one viewscreen (6 feet by 8 feet);
   b) one LCD projector;
   c) two laptop computers;
   d) two easels for presentation of posters and scratchpads;
   e) one cart for the above equipment;
   h) multiple easels; and
   i) the necessary cables to connect the above equipment.

This equipment cannot go through the X-ray machines and will need to be searched by other means.

2. To the extent possible, the Parties and their trial support personnel shall be permitted to deliver the aforementioned materials and equipment into the courthouse through the service entrance.

3. Upon conclusion of the hearing, the Parties and their trial support personnel shall remove all materials and equipment from the courtroom by 4:00 p.m. on Friday, June 10, 2005.

///
///
///

Dated: June 8, 2005

HOWREY LLP

By:  /s/ James F. Valentine
     James F. Valentine
Attorneys for MICROSTRATEGY, INC.

Dated: June 8, 2005

TOWNSEND AND TOWNSEND AND CREW LLP

By:  /s/ Joseph A. Greco
     Joseph A. Greco
Attorneys for BUSINESS OBJECTS, S.A.

**O R D E R**

IT IS SO ORDERED.

Dated:  June 09, 2005

_____
The Honorable Charles R. Breyer
UNITED STATES DISTRICT COURT JUDGE

[APPROVED — Charles R. Breyer — United States District Court, Northern District of California]

8212524